**\*E-FILED\***
**July 19, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SEMICONDUCTOR, et al., | No. C 05-02893 RS |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| NCH CORPORATION, | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: July 19, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN ELECTRONICALLY PROVIDED TO:

Richard C. Coffin, Esq.
Email: rcc@bcltlaw.com

Dated: July 19, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg