WILLIAM D. WICK (State Bar No. 063462)
Email: bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar. No. 226829)
Email: anguyen@ww-envlaw.com
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612
Telephone:   (510) 465-5750
Facsimile:    (510) 465-5697

Attorneys for Defendant
NCH Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

*E-FILED - 10/5/05*

| | |
|---|---|
| NATIONAL SEMICONDUCTOR (MAINE), INC., a Delaware corporation, formerly known as Fairchild Semiconductor Corporation; and SLUMBERGER TECHNOLOGY CORPORATION, a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NCH CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C05-02893 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE** |

Defendant NCH Corporation ("NCH") and Plaintiffs National Semiconductor (Maine), Inc. and Schlumberger Technology Corporation (collectively, "Plaintiffs"), hereby stipulate as follows:

1. A Case Management Conference was set by the Court in this matter for November 18, 2005 at 10:30 a.m.

2. Prior to the time the Case Management Conference was set, William Wick, counsel for NCH, purchased four non-refundable airline tickets to Paris for a family

1  vacation, departing on November 18, 2005, and returning on November 26, 2005.

2      3.    A continuance to December 2, 2005 will enable Mr. Wick to use the
3  purchased airline tickets and take a vacation with his family as planned (as his children
4  are out of school for Thanksgiving week).

5      THEREFORE, Plaintiffs and Defendant ask the Court to adopt the accompanying
6  proposed Order.

7

8  Dated: 8/31/05

9  BARG COFFIN LEWIS & TRAPP, LLP
   Richard C. Coffin
10 Attorneys for Plaintiffs
   National Semiconductor (Maine), Inc. and
11 Schlumberger Technology Corp.

12

13 Dated: 9·1·05

14 WACTOR & WICK LLP
   William D. Wick
15 Attorneys for Defendant and Counterclaimant
16 NCH Corporation

17

18

19

20

21

22

23

24

25

26

No. C05-02893-RMW      -2-

Stipulation and [Proposed] Order to Continue Date of Case Management Conference

**[~~XXXXXXXX~~PROPOSED] ORDER**

The Case Management Conference originally set in this matter for November 18, 2005 @ 10:30 a.m. is hereby continued to **December 2, 2005 @ 10:30 a.m.**

**SO ORDERED.**

Dated: 10/5/05

/S/ RONALD M. WHYTE

**RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE**