**\*E-FILED\***
**July 7, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEMICONDUCTOR, et al.,

    Plaintiffs,

v.

NCH CORPORATION,

    Defendant.

No. C 05-02893 RMW (RS)

**ORDER OF RECUSAL**
**RE: REFERRED MATTERS**

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

IT IS SO ORDERED.

Dated: July 7, 2006

RICHARD SEEBORG
United States Magistrate Judge